# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JASON NELSON,<br>　　　*Plaintiff*<br><br>v.<br><br>RAY'S MARINE SERVICES, INC.,<br>　　　*Defendant* | §<br>§<br>§<br>§   Case No. 1:24-CV-00332-DII<br>§<br>§<br>§ |

## **O R D E R**

Defendant Ray's Marine Services, Inc. filed its Answer on May 31, 2024. Dkt. 5. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **August 23, 2024**.

**SIGNED** on August 6, 2024.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE