# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **JASON NELSON,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:24-cv-00332-SH** |
| | § | |
| **RAY'S MARINE SERVICES,** | § | |
| **INCORPORATED,** | § | |
| *Defendant* | § | |

## ORDER

Now before the Court is the Joint Motion to Dismiss with Prejudice, filed April 13, 2026 (Dkt. 25). The parties state that they have reached a full settlement and ask the Court to dismiss with prejudice all claims, counterclaims, and defenses asserted or that could have been asserted in this action, with each party bearing their own costs and attorney's fees.

The Court **GRANTS** the Joint Motion to Dismiss with Prejudice (Dkt. 25) and **ORDERS** that all claims, counterclaims, and defenses that were asserted or that could have been asserted by the parties in this action are **DISMISSED WITH PREJUDICE**.

The Court will enter Final Judgment by separate order.

**SIGNED** on April 14, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE