# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **JASON NELSON,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:24-cv-00332-SH** |
| | § | |
| **RAY'S MARINE SERVICES,** | § | |
| **INCORPORATED,** | § | |
| *Defendant* | § | |

## FINAL JUDGMENT

On this date, the Court granted the parties' Joint Motion to Dismiss with Prejudice (Dkt. 25).

The Court enters **FINAL JUDGMENT** that this case is hereby **DISMISSED WITH PREJUDICE**.

The Court **ORDERS** that each party shall bear its own costs, attorney's fees, and expenses.

The Court **FURTHER ORDERS** that all court settings are **CANCELED** and that the Clerk of Court shall **CLOSE** this case.

**SIGNED** on April 14, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE